George R. Gore, State Bar No. 140069
**LAW OFFICE OF GEORGE R. GORE**
PO Box 5522 473 Powers Drive
El Dorado Hills, CA 95762
(916) 220-0946
ggorelaw@aol.com

Attorney for Defendants and Counterclaimant
J.M.R. CONSTRUCTION CORP. and
GREAT AMERICAN INSURANCE COMPANY

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO BRANCH

| | |
|---|---|
| HPS MECHANICAL, <br><br> Plaintiff, <br><br> vs. <br><br> JMR CONSTRUCTION CORP., and GREAT AMERICAN INSURANCE COMPANY, <br><br> Defendants. <br><br> JMR CONSTRUCTION CORP., <br><br> Counterclaimant, <br><br> vs. <br><br> HPS MECHANICA., and ROES 1 through 10, inclusive, <br><br> Counterdefendants. | **CASE NO.: CV 11 02600 JCS** <br><br> **REQUEST TO APPEAR BY TELEPHONE AT THE CASE MANAGEMENT CONFERENCE and [PROPOSED] ORDER** <br><br> Date: May 10, 2013 <br> Time: 1:30 p.m. <br> Place: Ctrm G, 15th Floor, SF |

Pursuant to Civil L.R. 16-10(a) and Standing Order A.3, George R. Gore, counsel for defendant and counterclaimant JMR Construction Corp. and defendant Great American Insurance Company, requests leave of the court to appear by telephone at the Case Management Conference set for May 10, 2013, at 1:30 p.m. in Courtroom G, 15th Floor, San Francisco Courthouse.

| | | |
|---|---|---|
| 1 | | |
| 2 | Dated: 4/26/2013 | **LAW OFFICE OF GEORGE R. GORE** |
| 3 | | BY _____/s/_____ |
| 4 | | GEORGE R. GORE |
| 5 | | Attorney for Defendants JMR CONSTRUCTION CORP. and GREAT AMERICAN INSURANCE COMPANY |
| 6 | | |

**IT IS SO ORDERED** that Mr. Gore shall be on phone standby and await the Court's call.

Dated:    April 29   , 2013         _____
Judge Joseph C. Spero

-2-
**REQUEST TO APPEAR BY TELEPHONE**