UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HPS MECHANICAL, INC.,<br><br>Plaintiff,<br><br>v.<br><br>JMR CONSTRUCTION CORP., et al.,<br><br>Defendants. | Case No. 11-cv-02600-JCS<br><br>**ORDER FOR JOINT STATEMENT OF UNDISPUTED FACTS** |

On September 13, 2013, Defendant JMR Construction Corporation filed a Motion for Partial Summary Judgment. Defendant did not file a joint statement of undisputed facts as required. *See* Dkt. No. 93. The parties shall refer to the Court's Standing Order and file a joint statement of undisputed facts by September 23, 2013, at 9:00 a.m.

**IT IS SO ORDERED**.

Dated: September 16, 2013

_____
JOSEPH C. SPERO
United States Magistrate Judge