UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

HPS MECHANICAL, INC.,

         Plaintiff,

    v.

JMR CONSTRUCTION CORP., et al.,

         Defendants.

Case No.  11-cv-02600-JCS

**ORDER FOR JOINT STATEMENT OF UNDISPUTED FACTS**

On September 13, 2013, Defendant JMR Construction Corporation filed a Motion for Partial Summary Judgment.  Defendant did not file a joint statement of undisputed facts as required.  *See* Dkt. No. 93.  The parties shall refer to the Court's Standing Order and file a joint statement of undisputed facts by September 23, 2013, at 9:00 a.m.

**IT IS SO ORDERED**.

Dated: September 16, 2013

_____

JOSEPH C. SPERO
United States Magistrate Judge