# UNITED STATES DISTRICT COURT

Northern **District of** California

| | |
|---|---|
| HPS MECHANICAL, INC.<br>Plaintiff (s),<br>V.<br>JMR CONSTRUCTION CORP.<br>Defendant (s), | **CONSENT ORDER GRANTING**<br>**SUBSTITUTION OF ATTORNEY**<br><br>CASE NUMBER: C-11-02600-JCS |

Notice is hereby given that, subject to approval by the court, __HPS Mechanical, Inc.__ substitutes
(Party (s) Name)

__N. Thomas McCartney/McCartney & Associates__, State Bar No. __066758__ as counsel of record in place
(Name of New Attorney)

place of __N. Thomas McCartney/McCartney Ganong Law LLP__.
(Name of Attorney (s) Withdrawing Appearance)

Contact information for new counsel is as follows:

- Firm Name: McCartney & Associates
- Address: 924 Truxtun Avenue, Bakersfield, CA 93301
- Telephone: (661) 334-8011   Facsimile (661) 334-8016
- E-Mail (Optional): tom@mccartneylaw.net

I consent to the above substitution.

Date: December 24, 2013

HPS Mechanical, Inc.
By: _(Signature of Party (s))_

I consent to being substituted.

Date: December 24, 2013

N. Thomas McCartney/McCartney Ganong Law LLP
_(Signature of Former Attorney (s))_

I consent to the above substitution.

Date: December 24, 2013

N. Thomas McCartney/McCartney & Associates
_(Signature of New Attorney)_

The substitution of attorney is hereby approved and so ORDERED.

Date: 1/6/2014

Judge Joseph C. Spero
Judge

[Note: A separate consent order of substitution must be filed by each new attorney wishing to enter an appearance.]